445 A.2d 225

Commonwealth v. Shannon, Appellant.

. Submitted February 25, 1981. Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

Judgments of sentence affirmed.